IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| LUIS OMAR ALVAREZ,<br><br>    Plaintiff,<br><br>v.<br><br>IRON WORKERS UNION LOCAL 709;<br>INTERNATIONAL ASSOCIATION OF<br>BRIDGE, STRUCTURAL, ORNAMENTAL<br>AND REINFORCING IRON WORKERS;<br>MR. ERIC DEAN, President in/for<br>the International Association<br>of Bridge, Structural,<br>Ornamental and Reinforcing Iron<br>Workers; MR. WILLIAM MCMILLAN,<br>Financial Secretary Treasurer<br>and Business Manager-FSTBM-for<br>Iron Workers Union Local 709;<br>and MR. DERRICK SAMPLE,<br>President in/for Iron Workers<br>Union Local 709;<br><br>    Defendants. | CASE NO. CV422-087 |

**ORDER**

Before the Court is the Magistrate Judge's June 9, 2023, Report and Recommendation (Doc. 46), to which no objections have been filed. After a careful review of the record,[1] the report and recommendation (Doc. 46) is **ADOPTED** as the Court's opinion in this

---

[1] The Court reviews de novo a magistrate judge's findings to which a party objects, and the Court reviews for clear error the portions of a report and recommendation to which a party does not object. 28 U.S.C. § 636(b)(1); see Merchant v. Nationwide Recovery Serv., Inc., 440 F. Supp. 3d 1369, 1371 (N.D. Ga. 2020) (citing Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam)) (outlining the standard of review for report and recommendations).

case. Defendants' Motion to Dismiss Portions of Plaintiff's Second Amended Complaint is **GRANTED** (Doc. 42), and Counts 8 and 9 of Plaintiff's Second Amended Complaint (Doc. 45) are **DISMISSED**.

SO ORDERED this 6th day of July 2023.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA