UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

LUIS OMAR ALVAREZ, )
)
    Plaintiff, )
)
v. ) CV422-087
)
IRON WORKERS UNION )
LOCAL 709, *et al.*, )
)
    Defendants. )

ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), (doc. no. 84), to which no objections have been filed. Accordingly, the Report and Recommendation is **ADOPTED**. (Doc. no. 84.) Plaintiff's constructive Motion to Voluntarily Dismiss this case is **GRANTED**. (Doc. no. 83); see also Fed. R. Civ. P. 41(a)(2). Plaintiff's remaining motions are **DISMISSED** as moot. (Docs. nos. 76 & 79.) Plaintiff's Amended Complaint is **DISMISSED**. (Doc. no. 45.) The Clerk is **DIRECTED** to **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 26th day of March, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA